41 F.3d 493
 Tomas ARMENDARIZ; Rosa C. Armendariz; Harry Julian Brown,
Jr.; Lance A. Bukouskis, et al., Plaintiffs-Appellees,
v.
James F. PENMAN; W.R. Holcomb; David M. Stachowski; Cecil
Dillard; Kenneth J. Henderson, et al.,
Defendants-Appellants.
Tomas ARMENDARIZ; Rosa C. Armendariz; Harry Julian Brown,
Jr.; Lance A. Bukouskis, et al., Plaintiffs-Appellees,
v.
James F. PENMAN; W.R. Holcomb; David M. Stachowski; Cecil
Dillard; Kenneth J. Henderson, et al., Defendants,
and
Al Boughey; Larry Reed, Defendants-Appellants.
Tomas ARMENDARIZ; Rosa C. Armendariz, Plaintiffs-Appellees,
v.
James F. PENMAN, Defendant-Appellant.
 Nos. 93-55393, 93-55587 and 93-55748.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 25, 1994.
 
 Prior report: 31 F.3d 860.
 Before: WALLACE, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.